UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.   2:22-cr-710-TPB-KCD

18 U.S.C. § 1546(a)

ELISEO SOSA
a/k/a Mario Ernesto Castillo

### **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**

On or about April 3, 2022, in the Middle District of Florida, and

elsewhere, the defendant,

ELISEO SOSA
a/k/a Mario Ernesto Castillo,

did knowingly possess a counterfeit immigration document prescribed by

statute and regulation for entry into and as evidence of authorized stay and

employment in the United States, that is a Permanent Resident Card, which

the defendant knew to have been forged, counterfeited, altered, and falsely

made.

In violation of 18 U.S.C § 1546(a).

A TRUE BILL,



ROGER B. HANDBERG
United States Attorney

By: _____
Trenton Reichling
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

2

No. 2:22-cr-

## UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

### THE UNITED STATES OF AMERICA

vs.

### ELISEO SOSA
a/k/a Mario Ernesto Castillo

## INDICTMENT

Violations:

18 U.S.C. § 1546(a)

A true bill,

_____ Foreperson

Filed in open court this 27th day

of July, 2022.

_____
Clerk

Bail $_____