# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff,

**v.**                                     **CASE NO. 2:22-cr-76-TPB-KCD**

**ELISEO SOSA**

    Defendant

_____/

## NOTICE OF APPEARANCE

    The Law Office of Gabriel Véliz was retained to represent the Defendant, Eliseo Sosa, in the above-styled cause.

    The Clerk is requested to enter the appearance of Gabriel Véliz, Esq., as counsel for the Defendant pursuant to this notice.

    Respectfully submitted by,

    /S/ *Gabriel Véliz*_____
Gabriel Véliz, Esq.
Florida Bar No.: 114275
2663 Airport-Pulling Rd.
Suite D-108
Naples, FL 34112
Telephone 239-784-5514
Email: gveliz60@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2022, a true copy was electronically filed and will be sent electronically through CM/ECF to Trenton Reichling, Assistant United States Attorney.

                                                                               /S/ *Gabriel Véliz*  
                                                                               Gabriel Véliz, Esq.  
                                                                               Attorney for Defendant