UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA FORT
MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:22-cr-76-TPB

ELISEO SOSA
        Defendant,

_____/

## NOTICE REGARDING GUILTY PLEA

Notice is hereby given that the Defendant in this matter intends to enter a plea of guilty to the charge in the July 27, 2022, indictment.


                                                        Respectfully submitted,

                                                        _Gabriel Véliz/S/_
                                                        Gabriel Véliz, Esq.
                                                        FL Bar No. 114275
                                                        2663 Airport-Pulling Rd. D108
                                                        Naples, Florida 34112
                                                        E-Mail: gveliz60@gmail.com
                                                        (239) 784-5514  Telephone
                                                        (239) 800-9427  Facsimile

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF, and sent to Trenton Riechling, Assistant United States Attorney on January 13, 2023.

Respectfully submitted,

*Gabriel Véliz/S/*
Gabriel Véliz, Esq.
FL Bar No. 114275
2662 Airport-Pulling Rd. D108
Naples, Florida 34112
E-Mail: gveliz60@gmail.com
(239) 784-5514  Telephone
(239) 800-9427  Facsimile

2