UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                                        CASE NO.: 2:22-cr-76-TPB-KCD

ELISEO SOSA
_____/

### SENTENCING SCHEDULING ORDER

A sentencing hearing has been scheduled for **April 14, 2023** at **02:30 pm.** The Court **ORDERS** that, if more than 30 minutes is needed for the hearing, counsel must file a notice estimating the amount of time needed no later than 14 days before the hearing.

The Court **FURTHER ORDERS** the United States Probation Office to disclose the initial presentence investigation report no later than 35 days before the sentencing hearing. Within 14 days of the disclosure, counsel must communicate, in writing, any objections to the probation officer and opposing counsel.

The Court **FURTHER ORDERS** the Probation Office to file the final presentence investigation report no later than 7 days before the sentencing hearing. No later than 4 days before the hearing, counsel for each party must file a notice stating which of the previous objections, if any, remain for the Court to resolve. Also, no later than 4 days before the hearing, counsel may file a sentencing memorandum that includes any request to depart or vary from the guidelines.

**DONE and ORDERED** in Fort Myers, Florida, this 8th day of March 2023.

THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record